UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS BAKER,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No.  2:13-cv-1290 DAD P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has filed a request for the status of a previous request for additional time, presumably to file a traverse in response to respondent's answer.  Although no formal motion for an extension of time appears on the docket, the court will nonetheless grant petitioner's informal request for an extension of time.

Accordingly, IT IS ORDERED that petitioner has sixty days from the date of this order in which to file a traverse in further support of his petition for writ of habeas corpus.

Dated:  December 11, 2013

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm/bake1290.eot

1